**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

&AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

JUN 27 2008

# UNITED STATES DISTRICT COURT
JAMES W. McCORMACK, CLERK

By:_____

DEP CLERK

_____EASTERN_____    District of    _____ARKANSAS_____

UNITED STATES OF AMERICA
V.

AMBER LEIGH TEAL

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number:          4:03cr00225-02 JMM

USM Number:           23096-009

Arkie Byrd
Defendant's Attorney

## THE DEFENDANT:

X   admitted guilt to violation of condition(s)   General & Special            of the term of supervision.

☐   was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from the use of an unlawful use of a controlled substance | 4/3/2008 |
| Special 14 | Failure to participate in substance abuse counseling and failure to report for drug testing | 3/25/2008 |

The defendant is sentenced as provided in pages 2 through      2      of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    ***-**-3080

Defendant's Date of Birth:    **/**/1981

Defendant's Residence Address:

Redacted Pursuant to JCUS Policy

Defendant's Mailing Address:

Redacted Pursuant to JCUS Policy

June 27, 2008
Date of Imposition of Judgment

_____
Signature of Judge

James M. Moody

UNITED STATES DISTRICT JUDGE
Name and Title of Judge

June 27, 2008
Date

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page ___2___ of _____

DEFENDANT:          AMBER LEIGH TEAL
CASE NUMBER:        4:03cr00225-02  JMM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :     **SIX (6) MONTHS**

x   The court makes the following recommendations to the Bureau of Prisons:
    Defendant shall participate in whatever substance abuse treatment program available.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at   _____   ☐ a.m.   ☐ p.m.   on   _____ .

    ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    X   before 2 p.m. on   _Monday, July 28, 2008_____ .

    X   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on   _____   to   _____

a _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL